**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IZMO DIGITAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 4:26-cv-10252 |
| v. | ) | |
| | ) | |
| ACO RESERVATION SERVICES, INC. | ) | **DEMAND FOR JURY TRIAL** |
| d/b/a ACO RENT A CAR | ) | |
| Defendant. | ) | |

**COMPLAINT AND JURY DEMAND**

Plaintiff, IZMO DIGITAL, INC. ("***izmo***" or "***Plaintiff***") brings this suit against Defendant ACO RESERVATION SERVICES, INC. ("***Defendant***"), and alleges as follows:

**PARTIES**

**1.** izmo is a Delaware corporation with its principal place of business in San Francisco, California.

**2.** Defendant is a corporation organized under the laws of the state of Florida, with places of business at least at 6855 Will Clayton Parkway, Humble, Texas 77338 and 17011 N Bay Road, Building III 703, Sunny Isles, Florida 33160. Defendant may be served via its registered agent Christopher Greenfield, 19235 Biscayne Blvd., STE 110, Aventura, FL 33180.

**3.** izmo is informed and believes that Defendant has engaged in business in this District by, among other things, operating a car rental location in Houston, Texas and elsewhere in the state of Texas.

**4.** Defendant advertises and rents automobiles throughout the United States, including in the state of Texas. Defendant has a website at https://www.acorentacar.com/ and Facebook page in which it advertises automobiles for rent in Texas and this District. For example, at the above referenced

website, Defendant discloses that it has multiple locations in the state of Texas, including Houston Intercontinental Airport (IAH) and Dallas-Fort Worth International Airport (DFW):




## JURISDICTION AND VENUE

**5.** This action arises under the Copyright Act of 1976, 17 U.S.C. § 101 *et seq*.

**6.** This Court has federal question jurisdiction under 28 U.S.C. §§ 1331and 1338(a).

**7.** Venue in this judicial district is proper under 28 U.S.C. §§ 1391(b), (c) and (d) and 1400(a).

## FACTUAL ALLEGATIONS

**8.** izmo creates a wide collection of photographic images of automobiles and accessories at its studios in Santa Ana, California and Brussels, Belgium (the "Images"). It has created hundreds of thousands of images and registered the copyrights to those images with the United States Copyright Office and received Certificates of Copyright Registration for them. izmo spent substantial time, money and talent creating its studios and producing, developing, and marketing the Images.

**9.** izmo licenses the Images to third parties for use on their websites and in their businesses. Potential customers of izmo may purchase licenses from izmo for use of the Images for certain regions, media, purposes, and terms of use. The Images are original photographs of various vehicles, created by izmo. The Images reflect izmo's decisions about lighting, shading, angle, and background. They are thus copyrighted works under the Copyright Act of 1976.

**10.** izmo image library consists of model level coverage from 2002 forward for U.S. car models, and from 2008 forward for European car models.

**11.** izmo also syndicates its data to partners who display the listings on their websites. izmo's clients include automobile dealers, advertising, and marketing companies as well as major car rental companies including Hertz, Budget/Avis, Europcar, and Enterprise. With respect to rental car companies, izmo enters multi-year contracts providing its entire library of images so that the companies can use the photographs that match the vehicles in their fleet. These license agreements carry substantial fees and establish terms intended to further protect izmo's intellectual property, including the following terms: (a) the images may be used on licensed domains only; (b) the images may not be altered, including name, copyright notice, except when expressly permitted; (c) the images must remain associated to the rental listing for which it is provided; and (d) the image is not permitted to be relicensed.

**12.** Defendant is a company that offers to rent and rents automobiles in the United States which are displayed on Defendant's website and social media, including Facebook and/or Instagram. As part of the promotion of its automobiles, Defendant displays photographs of automobiles on its website and social media sites.

**13.** For certain of Defendant's automobile advertisements, Defendant included izmo's images on its website and social media. izmo has discovered that Defendant used at least 15 of izmo's

copyrighted images and is informed and believes and on that basis alleges that Defendant used additional copyrighted images without izmo's knowledge or consent.

**14.** In or around November 30, 2023, izmo discovered that Defendant was displaying izmo's copyrighted images on Defendant's website. Thereafter, in 2025 and 2026 izmo discovered further infringement by Defendant.

**15.** Defendant was well-aware that these images belonged to izmo, were protected by copyright and only available for use if licensed from izmo at least as early as January 12, 2024. Izmo directed letters to Defendant on at least January 12, 2024, April 30, 2024, January 28, 2025, November 6, 2025, November 21, 2025, and March27, 2026 to cease and desist from further infringement and pay for the infringement committed by Defendant. However, Defendant never entered into a licensing agreement with izmo.

**16.** izmo is informed and believes and on that basis alleges that Defendant copied, reproduced, and used izmo's images for commercial purposes.

**17.** The izmo Copyright Registrations and izmo Image Name in the Copyright Registrations infringed by Defendant are set forth in the table below. Additionally, the infringed Copyright Registrations are attached as Exhibit A.

| Unlicensed izmo images used by ACO RENT A CAR on its website: http://www.acorentacar.com/ | | |
|---|---|---|
| Sl. No. | izmo Image Name | U.S. Copyright Registration Number |
| 1 | bmw_14x5xdrive30d_3b_angularfront | VA0002242906 |
| 2 | chevrolet_11aveosedan_angularfront | VA0002234266 |
| 3 | chevrolet_11aveosedanlt_angularfront | VA0002234266 |
| 4 | chevrolet_13cruze1lt1a_angularfront | VA0002103205 |
| 5 | chevrolet_13silverado1reg2a_angularfront | VA0002103207 |
| 6 | ford_13flexsel1a_angularfront | VA0002103207 |

| | | |
|---|---|---|
| 7 | hyundai_11sonatalimited_angularfront | VA0002103681 |
| 8 | hyundai_12accentglssedan4a_angularfront | VA0002103677 |
| 9 | hyundai_17accentsesa4fa_angularfront | VA0002103208 |
| 10 | hyundai_18accentsesa5a_angularfront | VA0002164962 |
| 11 | jeep_11libertysport_angularfront | VA0002234266 |
| 12 | jeep_15cherokeelimitedsuv5b_angularfront | VA0002240335 |
| 13 | jeep_15renegadelongitudesuv1b_angularfront | VA0002103209 |
| 14 | mitsubishi_09lancer_angularfront | VA0002358931 |
| 15 | opel_20zafiralifebizinmv4b_angularfront | VA0002176249 |

**18.** Below are two examples of infringement by ACO Reservation Services, Inc. The photographs immediately below are two of izmo's copyrighted Images.





**19.** The screen capture below is an example of Defendant's use of izmo's copyrighted Images.




**20.** The copyrights for all images that are the subject of this Complaint were registered before Izmo discovered Defendant's infringing activity.

**21.** izmo owned the copyrights in all the images identified above at the time of the infringement and continues to own those copyrights today.

**22.** Defendant publicly and unlawfully reproduced and/or displayed the copyrighted images without izmo's authorization, consent, permission, license, and without compensation to izmo. Defendant continued to infringe izmo's copyrighted infringement long after receiving notice from izmo to cease and desist further infringement.

**CLAIM FOR RELIEF**

**CAUSE OF ACTION**
**(COPYRIGHT INFRINGEMENT)**

**23.** izmo repeats and realleges every allegation contained in Paragraphs 1- 22 as if fully set forth herein.

**24.** izmo is the owner of valid copyright registrations in the Images.

**25.** Without authorization, consent, permission, license, and/or compensation, Defendant publicly and unlawfully reproduced and/or displayed izmo's copyrighted images in violation of at least 17 U.S.C. §§ 106(1), (2) and (5) and 501 and thereby infringed izmo's copyrights.

**26.** Defendant's infringement includes, but is not limited to, at least the 15 images identified in this Complaint and Exhibit B.

**27.** Each of the Images, including each of the 15 images identified in this Complaint (including Exhibit B) is a separate work. Exhibit B includes at least one website address of Defendant's infringement at the time of izmo learned of Defendant's infringement.

**28.** izmo is informed and believes and on that basis alleges that Defendant's infringement was willful, intentional, and/or reckless. Defendant was aware that izmo owned the Images and would permit use of them only pursuant to a license agreement and Defendant never entered into any such agreement with izmo and displayed and/or distributed izmo's photographs despite such knowledge,

including display of izmo images after receiving notice from izmo to cease and desist further infringement.

**29.** izmo has been damaged by Defendant's conduct in an amount to be proven at trial.

**30.** izmo is entitled to recover actual damages suffered by it as a result of Defendant's infringement and profits of the Defendant attributable to Defendant's infringement pursuant to 17 U.S.C. § 504(b).

**31.** izmo is entitled to an award of statutory damages pursuant to 17 U.S.C. § 504(c).

**32.** izmo is entitled to an award of its costs incurred to enforce its copyrights, including reasonable attorneys' fees, pursuant to 17 U.S.C. § 505.

**33.** Defendant's conduct has caused and any continued infringing conduct will continue to cause irreparable injury to izmo unless enjoined by this Court. izmo has no adequate remedy at law. Pursuant to 17 U.S.C. § 502, izmo is entitled to a permanent injunction prohibiting infringement of izmo's exclusive rights under copyright law.

## DEMAND FOR JURY TRIAL

Pursuant to Federal Rule of Civil Procedure Rule 38, izmo hereby demands a trial by jury on all issues so triable.

## PRAYER FOR RELIEF

WHEREAS izmo prays for relief as follows:

1. For an award, at izmo's election, pursuant to 17 U.S.C. § 504 of either (1) the actual damages suffered by izmo with respect to past infringement, plus any additional profits of Defendant that are attributable to the infringement that are not taken into account in computing actual damages; or (2) statutory damages as provided by Section 504(c) in an amount to be proven at trial.

2. For a finding that the infringement by Defendant was willful, and for an award to izmo, at its election, of statutory damages against Defendant for willfully committing infringement as provided by 17 U.S.C. § 504 in an amount to be proven at trial.

3. For an order that Defendant account for all sales, revenues, costs and profits from their wrongful conduct and unauthorized use of izmo's copyrights, and that Defendant pay izmo damages in an amount to be proven at trial, but including Defendant's profits and actual damages suffered by izmo as a result of Defendant's wrongful acts;

4. For an order pursuant to 17 U.S.C. § 502 permanently enjoining Defendant and its agents, servants, employees, and all other persons who are in active concert or participation with any of the aforementioned from publishing izmo's copyrighted images or any other work derivative of izmo's copyrighted images;

5. For an award of izmo's attorneys' fees, expenses, and costs, pursuant to 17 U.S.C. § 505;

6. For an award to izmo of pre- and post-judgment interest; and

7. For an award to izmo of such other and further relief as the Court deems just and proper.

Dated: November 24, 2026

*/s/ John T. Polasek*

John T. Polasek
Texas Bar. No. 16088590
The Polasek Law Firm, PLLC
2401 Fountain View Dr., Suite 316
Houston, Texas 77057
Telephone: (832) 485-3580
ted@polaseklaw.com

*Attorney for Plaintiff*